UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

MANUEL ANTONIO SOUZA ESPINOZA,

Defendant.

3:22-cr-00135-IM

SUPERSEDING INDICTMENT

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(B)(1)(C), and 846
18 U.S.C. § 924(c)(1)(A)

Forfeiture Allegations

UNDER SEAL

THE GRAND JURY CHARGES:

COUNT 1
(Possession with the Intent to Distribute Fentanyl)
(21 U.S.C. § 841(a)(1) and 841(b)(1)(B))

On or about March 31, 2022, within the District of Oregon, defendant **MANUEL ANTONIO SOUZA ESPINOZA** did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi).

///

///

**COUNT 2**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**
**(18 U.S.C. § 924(c)(1)(A) and 924(c)(1)(A)(i))**

On or about March 31, 2022, within the District of Oregon, defendant **MANUEL ANTONIO SOUZA ESPINOZA**, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 1, did knowingly possess the following firearm, to-wit: Glock Model 22 .40 caliber pistol, serial number BSLU056;

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 924(c)(1)(A)(i).

**COUNT 3**
**(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl Resulting in Death)**
**(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846)**

On or about and between a date unknown to the grand jury and March 7, 2022, within the District of Oregon and elsewhere, defendant **MANUEL ANTONIO SOUZA ESPINOZA** did knowingly and intentionally combine, conspire, confederate, and agree with others both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance, and the death of Minor Victim 1 resulted from the use of such substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

///

///

///

**FIRST FORFEITURE ALLEGATION**
**(Controlled Substance Offense)**

Upon conviction of the offense in Count 1 and/or 3, defendant **MANUEL ANTONIO SOUZA ESPINOZA** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

**SECOND FORFEITURE ALLEGATION**
**(Firearm Offense)**

Upon conviction of the offense in Count 2, **MANUEL ANTONIO SOUZA ESPINOZA** defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in that offense, including without limitation: a Glock Model 22 .40 caliber pistol, serial number BSLU056, and the associated ammunition.

Dated: May 19, 2022.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney